# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CATHERINE MORRILL,<br><br>                  Plaintiff,<br><br>vs.<br><br>BETH ISRAEL DEACONESS MEDICAL CENTER, INC. and BETH ISRAEL LAHEY HEALTH, INC.<br><br>                  Defendants. | Civil Action No.<br><br>[On removal from Suffolk County Superior Court, Civil Action No. 2484CV00174] |

## NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:**

Pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, Defendants Beth Israel Deaconess Medical Center, Inc.[1] ("BIDMC") and Beth Israel Lahey Health, Inc. ("BILH") (collectively, "Defendants") hereby give notice of the removal of the civil action entitled *Catherine Morrill v. Beth Israel Deaconess Lahey Health Medical Center, et al.*, Civil Action No. 2484CV00174, from the Superior Court of Suffolk County, Massachusetts (the "State Court Action"), to the United States District Court for the District of Massachusetts. In support of this Notice of Removal, and pursuant to 28 U.S.C. §1446(a), Defendants attach as Exhibit 1 hereto a copy of all process and pleadings served on Defendants in the State Court Action, and state as follows:

## I.    TIMELINESS OF REMOVAL

1. Plaintiff Catherine Morrill ("Plaintiff") filed her Complaint (the "Complaint") on or about January 22, 2024. BIDMC and BILH accepted service of the Complaint on March 29,

---

[1] "Beth Israel Deaconess Lahey Health Medical Center" was erroneously named as a defendant. No such entity exists. Beth Israel Deaconess Medical Center, Inc. was Plaintiff's employer at all times relevant to this action.

2024. This Notice of Removal is, therefore, being timely filed within thirty days of notice of the State Court Action as required under 28 U.S.C. § 1446(b).

## II.     JURISDICTION AND GROUNDS FOR REMOVAL

2. In Paragraphs 63–73 of the Complaint, Plaintiff alleges that Defendants violated federal law, specifically Title VII, 42 U.S.C. § 2000e et seq., and the Americans with Disabilities Act, 42 U.S.C. § 12112(a) et seq.

3. In Paragraphs 74–91 of the Complaint, Plaintiff alleges that Defendants violated federal law, specifically the Fourteenth Amendment to the United States Constitution, the Emergency Use Authorization Act, 21 U.S.C. § 360bbb-3, and the Public Readiness and Emergency Preparedness Act, 42 U.S.C. § 247d-6d and 42 U.S.C. § 247d-6e.

4. Defendants are entitled to remove the State Court Action to this Court, pursuant to 28 U.S.C. § 1446, because this Court has original jurisdiction over this matter under the provisions of 28 U.S.C. §1331 (establishing federal question jurisdiction).

## III.    REMOVAL TO THIS COURT IS PROPER

5. Because this case was initially filed in the Superior Court of Suffolk County, the Eastern Division of the United States for the District of Massachusetts is the proper Court to which removal should be effected, as required for removal under 28 U.S.C. §§ 1441(a) and 1446(a).

## IV.    NOTICE

6. Copies of this Notice of Removal are being served upon Plaintiff and filed with the Clerk of Court of the Suffolk County Superior Court, Commonwealth of Massachusetts, in satisfaction of 28 U.S.C. § 1446(d).

## V.     NON-WAIVER OF DEFENSES

7. Defendants reserve the right to raise all defenses and objections to the Complaint and allegations set forth therein after the State Court Action is removed to this Court.

WHEREFORE, Defendants Beth Israel Deaconess Lahey Health Medical Center and Beth Israel Lahey Health, Inc. respectfully request that this action, now pending in the Suffolk County Superior Court, Commonwealth of Massachusetts, be removed to the United States District Court for the District of Massachusetts, Eastern Division.

Respectfully submitted,

**BETH ISRAEL DEACONESS MEDICAL CENTER, INC. AND BETH ISRAEL LAHEY HEALTH, INC.**
By their attorneys,

/s/ Scott A. Roberts
Scott A. Roberts (BBO# 550732)
*sroberts@hrwlawyers.com*
Hirsch Roberts Weinstein LLP
24 Federal Street, 12th Floor
Boston, MA 02110
Phone: (617) 348-4300
Fax: (617) 348-4343

Dated: April 19, 2024

## CERTIFICATE OF SERVICE

I, Scott A. Roberts, certify that this document, filed through the Electronic Case Filing (ECF) system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 19, 2024.

/ s/ Scott A. Roberts
Scott A. Roberts